UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-00024-ERW |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Defendant, Norfolk Southern Railway Company, hereby informs the Court that plaintiff and defendant have entered into a settlement in this case, and that the parties expect that the settlement papers will be executed and a Stipulation for Dismissal submitted to the Court within the next 45 days.

Respectfully submitted,

/s/ Kurt E. Reitz
Kurt E. Reitz, #35318MO
Misty L. Edwards, #61719MO
kreitz@thompsoncoburn.com
medwards@thompsoncoburn.com
525 West Main Street
P. O. Box 750
Belleville, IL  62222-0750
(618) 277-4700
FAX 618-236-3434
Attorneys for Defendant

OF COUNSEL:
THOMPSON COBURN LLP

6043599.1

- 2 -

**Certificate Of Service**

      I hereby certify that on October 2, 2014, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

       s/  Kurt E. Reitz
      Kurt E. Reitz, #35318
      Misty L. Edwards, #61719
      kreitz@thompsoncoburn.com
      medwards@thompsoncoburn.com
      525 West Main Street
      P. O. Box 750
      Belleville, IL  62222-0750
      (618) 277-4700
      FAX 618-236-3434